IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:08cr128-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ELWOOD AVERY. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Motion to Apply the 1 to 1 Ratio Based of [sic] the Discriminatory Impact on Minorities." [Doc. 350].

The Defendant was sentenced on August 26, 2009. [Doc. 307]. He filed a Notice of Appeal on September 16, 2009. [Doc. 341]. The United States Court of Appeals for the Fourth Circuit has appointed counsel to represent the Defendant. [Doc. 352]. The Defendant may not make *pro se* filings while he is represented by counsel. Additionally, the Defendant's case is on appeal in the Fourth Circuit. As a result, the pleading will be stricken from the record.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* "Motion to Apply the 1 to 1 Ratio Based of [sic] the Discriminatory Impact on Minorities" [Doc. 350] is hereby **STRICKEN** from the record.

**IT IS SO ORDERED.**

Signed: October 30, 2009

Martin Reidinger
United States District Judge

2

Case 1:08-cr-00128-MR-WCM    Document 362    Filed 11/02/09    Page 2 of 2